UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**ORDER ADJOURNING FAIRNESS HEARING**

**WHEREAS**, on December 16, 2020, this Court entered Orders (ECF Nos. 223-24) (the "Preliminary Approval Orders") preliminarily approving the proposed class action settlements between Plaintiffs Oklahoma Firefighters Pension & Retirement System, Electrical Workers Pension Fund Local 103, I.B.E.W., Manhattan and Bronx Surface Transit Operating Authority Pension Plan, Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Boston Retirement System, Southeastern Pennsylvania Transportation Authority Pension Plan, United Food and Commercial Workers Union and Participating Food Industry Employer Tri-State Pension Fund, and Government Employees' Retirement System of the Virgin Islands ("Plaintiffs") and Settling Defendants Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Bank México, S.A., Institución de Banca Múltiple, Grupo Financiero Barclays México, and Grupo Financiero Barclays México, S.A. de C.V. ("Barclays") and JPMorgan Chase & Co., J.P. Morgan Broker- Dealer Holdings Inc., J.P. Morgan Securities LLC, JPMorgan Chase Bank, National Association, Banco J.P. Morgan, S.A. Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, and J.P. Morgan Securities plc ("JPMorgan") and set a hearing for September 13, 2021 to consider final approval of the settlements (the "Fairness Hearing");

**WHEREAS,** Plaintiffs moved this Court on July 23, 2021 to adjourn the Fairness Hearing from September 13, 2021 to October 28, 2021;

**WHEREAS**, Barclays and JPMorgan consent to the requested adjournment;

**NOW, THEREFORE**, the Court having read and considered the submission, upon all prior proceedings in this action, and after all due consideration;

**IT IS HEREBY ORDERED** that:

1. The Fairness Hearing scheduled for September 13, 2021 is adjourned to October 28, 2021, at 4:30 p.m.

2. The Court's Preliminary Approval Orders otherwise remain in force, and any deadlines based in reference to the Fairness Hearing date shall be adjusted accordingly based on the new hearing date.

3. The Settlement Administrator shall update the Settlement website with the new applicable deadlines and advise any potential Class Members receiving Class Notice after this date of the new deadlines.

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
J. PAUL OETKEN
United States District Judge