UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: MEXICAN GOVERNMENT
BONDS ANTITRUST LITIGATION

18-CV-2830 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants' motion for an extension of time to answer the Third Amended Complaint, on

consent of Plaintiffs, is granted.  Defendants shall answer by February 28, 2025.

    The Clerk of Court is directed to close the motion at Docket Number 338 and spread this

Order to all related cases.

    SO ORDERED.

Dated:  January 28, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge